# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FERNANDO PUJALT-LEON,

    Petitioner,

v.

ERIC HOLDER, *et al.*,

    Respondents.

CIVIL ACTION NO. 3:CV-12-1749

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, this 25th day of March, 2013, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 23) is **ADOPTED**.

(2) Respondents' Objections to the Report and Recommendation (Doc. 24) are **OVERRULED**.

(3) The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent that Petitioner be afforded an individualized bond hearing.

(4) Respondents **shall** provide Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a)(2) with an immigration judge as soon as possible, and, in any event, **no later than ten (10) days** from the date of entry of this Order.

(5) Respondents **shall** file a notification with the Court that the Petitioner has received an appropriate individualized bond determination **no later than three (3) days** after the hearing.

(6) The Clerk of Court is directed to mark the case as **CLOSED**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge